Robert A. Anderson, ISB No. 2124
Mark D. Sebastian, ISB No. 6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
P. O. Box 7426
Boise, ID  83707-7426
Telephone:  (208) 344-5800
Facsimile:  (208) 344-5510
Email:  raanderson@ajhlaw.com

Attorneys for Defendants


IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO


| | |
|---|---|
| MARTIN "DICK" CHENEY and FARRIS CHENEY, Individually and as Husband and Wife,<br><br>         Plaintiffs,<br><br>vs.<br><br>USLIFE CREDIT LIFE INSURANCE COMPANY, AMERICAN GENERAL ASSURANCE COMPANY formally known as USLIFE CREDIT LIFE INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC. (AIG), and AMERICAN GENERAL LIFE COMPANIES,<br><br>         Defendants. | Docket No.<br><br>Nez Perce District Court Case No. CV 06-02265<br><br>**NOTICE OF REMOVAL**<br><br>**Filing Fee: 350.00** |


<u>REMOVAL FROM DISTRICT COURT TO U.S. DISTRICT COURT</u>

TO:   PLAINTIFFS AND THEIR ATTORNEY OF RECORD, DARREL W. AHERIN
       AHERIN, RICE & ANEGON and THE CLERK OF ABOVE-ENTITLED COURT:
       PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, the

Defendants hereby remove the above-entitled cause of action from the District Court of the

**NOTICE OF REMOVAL** - 1

Second Judicial District of the State of Idaho, in and for the County of Nez Perce, to the United States District Court for the District of Idaho, based on the following grounds:

FIRST:   That USLIFE CREDIT LIFE INSURANCE COMPANY, AMERICAN GENERAL ASSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC. (AIG) and AMERICAN GENERAL LIFE COMPANIES are the Defendants in Civil Case No. CV 06-02265 brought against them in the District Court of the Second Judicial District of the State of Idaho, in and for the County of Nez Perce, entitled *Martin "Dick" Cheney and Farris Cheney, Individually and as Husband and Wife vs. USLife Credit Life Insurance Company, American General Assurance Company formally known as USLife Credit Life Insurance Company, American International Group, Inc. (AIG) and American General Life Companies.*  A copy of the Summons, Complaint, and Notice of Summons and Complaint in that action is attached hereto, together with a copy of the state court docket and the pleadings and orders included thereon, and constitutes all process, pleadings and orders served upon Defendants in such action.

SECOND: That the aforementioned suit was commenced by service of a summons and complaint on the Director of the Idaho Department of Insurance per Idaho Code § 41-333, and Notice to the Defendants by the Director of the Idaho Department of Insurance per Idaho Code § 41-334, which Notice together with the Summons and Complaint was received by Defendant American General Life Insurance Company on February 15, 2007.

THIRD: That the Plaintiffs in the above-entitled action are citizens of the State of Idaho; but that the Defendants in the above-entitled action are foreign corporations with their states of incorporation and principle places of business located outside Idaho.

FOURTH: That the amount in controversy, including possible punitive damages and attorney's fees, exceeds $75,000; and that similar cases resulting in judgment to plaintiffs regularly exceed $75,000.

FIFTH: That the controversy herein between the Plaintiffs and the Defendants involves parties which are citizens of different states where the amount in controversy exceeds $75,000 giving rise to jurisdiction in the federal district court pursuant to 28 U.S.C. § 1332.

WHEREFORE, Defendants pray that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

DATED this _____ day of March, 2007.

ANDERSON, JULIAN & HULL LLP

By_____
        Robert A. Anderson, Of the Firm
        Attorneys for Defendants

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this ___ day of March, 2007, I served a true and correct copy of the foregoing **NOTICE OF REMOVAL** by delivering the same to each of the following attorneys of record, by the method indicated below, addressed as follows:

|  |  |  |
|---|---|---|
| Darrel W. Aherin | [ ] | U.S. Mail, postage prepaid |
| AHERIN, RICE & ANEGON | [ ] | Hand-Delivered |
| 1212 Idaho Street | [ ] | Overnight Mail |
| P.O. Drawer 698 | [ ] | Facsimile |
| Lewiston, ID 83501-0698 | [✓] | CM/ECF |
| Tel: (208) 746-3646 |  |  |
| *Attorney for Plaintiffs* |  |  |

_____
Robert A. Anderson