FILED

2006 SEP 29 PM 3 46

PATTY O. WEEKS
CLERK OF THE DIST. COURT

DIANETASH

AHERIN, RICE & ANEGON
Darrel W. Aherin
1212 Idaho Street
P.O. Drawer 698
Lewiston, ID 83501-0698
(208) 746-3646
ISB# 1534

Attorneys for Plaintiffs

IN THE DISTRICT COURT OF THE SECOND JUDICIAL DISTRICT
OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF NEZ PERCE

| | |
|---|---|
| MARTIN "DICK" CHENEY and FARRIS CHENEY, Individually and as Husband and Wife, <br><br> Plaintiffs, <br><br> v. <br><br> USLIFE CREDIT LIFE INSURANCE COMPANY, AMERICAN GENERAL ASSURANCE COMPANY formally known as USLIFE CREDIT LIFE INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC. (AIG), and AMERICAN GENERAL LIFE COMPANIES, <br><br> Defendants. | NO. CV06-02265 <br><br> COMPLAINT <br><br> Fee: $88.00 <br> Fee Category: A(1) <br><br> Breach of Contract |

COME NOW the above-named Plaintiffs, by and through their attorney, Darrel W. Aherin of Aherin, Rice & Anegon, and for a cause of action against the Defendants allege and complain as follows:

I.

The plaintiffs are and at all times material herein, were residents of Elk City, County of Idaho, State of Idaho.

## II.

The Defendants, USLife Credit Life Insurance Company, American General Assurance Company formally known as USLife Credit Life Insurance Company, American International Group, Inc. (AIG), and American General Life Companies, are insurance companies licensed to do business in the State of Idaho.

## III.

On November 19, 1999, the Plaintiffs took out a second mortgage and purchased insurance from Sterling Savings Bank. The insurance included disability and was issued by USLife Credit Life Insurance Company. The monthly disability benefit is $237.06. On April 22, 2004, Mr. Cheney completed a Claimant's Statement for Disability Insurance through AIG American General Assurance Company formally known as USLife Credit Life Insurance Company. He filled out the form at Sterling Savings Bank. AIG sent multiple forms for Mr. Cheney to complete. Mr. Cheney completed all necessary forms and still has not received any benefits from his disability insurance. Mr. Cheney fully disclosed his 1992 back injury with the Defendants' agent Sterling Savings Bank. The Plaintiffs were told the 1992 injury was not a problem in getting the insurance.

## IV.

On October 1, 2001, the Plaintiff, Martin "Dick" Cheney, became 100% disabled due to a back injury. Plaintiff's injury occurred in 1992 while working for a railroad company. The railroad company retired Mr. Cheney in 1992 with a pension because he could not do his specific job. In October of 2001, the railroad company sent Mr. Cheney a letter stating that he was then totally disabled. Mr. Cheney went to doctors and had physicals, which were set up by the Railroad and on October 1, 2001, he was considered totally disabled due to his back injury in 1992. Mr. Cheney was also diagnosed with emphysema in 2002 by Dr. Edwards.

## V.

Plaintiffs have not been paid for the disability benefits that Plaintiff, Mr. Cheney is entitled to from October 1, 2001, to the present date.

## VI.

The Defendants breached the policy of insurance by not paying the disability the Plaintiff, Mr. Cheney, was entitled to for his disability.

## VII.

The Plaintiffs have been damaged by the Defendants' breach of contract.

## VIII.

Plaintiffs' contract damages exceed $10,000.00 but do not exceed $75,000.

COMPLAINT -- 2

K:\09320000\06815558 sah

Aherin, Rice & Anegon
ATTORNEYS AT LAW
LEWISTON, IDAHO

### IX.

Plaintiffs will seek an order of the court allowing them to amend the complaint to seek punitive damages if the Defendants' contract was an extreme deviation from reasonable standards for breaching the contract.

### X.

The Plaintiffs have hired an attorney, namely Darrel W. Aherin of Aherin, Rice & Anegon, to prosecute this matter. The Plaintiffs are entitled to attorney fees pursuant to I.C. 41-1839. The Plaintiffs are entitled to prejudgment interest.

WHEREFORE, Plaintiffs pray for judgment against the Defendants, and each of them as follows:

FIRST:    For all contract damages allowable in an amount to be proven at arbitration and/or trial;

SECOND:    For interest on the contract damages as allowed by law;

THIRD:    For attorney fees pursuant to I.C. 41-1839;

FOURTH:    For costs expended in bringing this action;

FIFTH:    For an order allowing Plaintiffs to amend the complaint to claim punitive damages; and

SIXTH:    For such other and further relief as the court may deem just and equitable in the premises.

DATED this 28th day of September, 2006.

AHERIN, RICE & ANEGON

By  *Darrel W. Aherin*
Darrel W. Aherin
Attorney for Plaintiff

COMPLAINT -- 3
K:\0932000\06S15558 snh

Aherin, Rice & Anegon
ATTORNEYS AT LAW
LEWISTON, IDAHO

USPS
03/15/2007 16820038159632283 10:53
TO: COTTON-HEARNE JULIE
PH:
MSC: A30-15
PCS: 1

R: 30    MSC: A30-15
TTON-HEARNE JULIE

7005 1160 0000 1506 3283

CERTIFIED MAIL

Idaho Department of Insurance
700 W. State St. 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043

AMERICAN GENERAL LIFE INSURANCE COMPANY
% THOMAS PHILLIPS
P.O. BOX 1591
HOUSTON TX

A30-15
Julie Cotton Hearne

FIRST CLASS



UNITED STATES POSTAGE
$04.83°
0004269391
MAILED FROM ZIP CODE 83702