AHERIN, RICE & ANEGON
Darrel W. Aherin
1212 Idaho Street
P.O. Drawer 698
Lewiston, ID 83501-0698
(208) 746-3646
ISB# 1534

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARTIN "DICK" CHENEY and FARRIS CHENEY, Individually and as Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>USLIFE CREDIT LIFE INSURANCE COMPANY, AMERICAN GENERAL ASSURANCE COMPANY formally known as USLIFE CREDIT LIFE INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC. (AIG), and AMERICAN GENERAL LIFE COMPANIES,<br><br>Defendants. | Case No. CV07-131-C-EJL<br><br>MOTION TO REMAND |

COME NOW the plaintiffs, by and through their attorney, Darrel W. Aherin of Aherin, Rice & Anegon, and move the Court for an order remanding this case to the District Court of the Second Judicial District of the State of Idaho, in and for the County of Nez Perce, and in support of the motion state as follows:

1.    Defendants on March 15, 2007, filed their Notice of Removal of this case from the District Court of the Second Judicial District of the State of Idaho, in and for the County of Nez Perce.

2.  In their Notice of Removal, Defendants stated that this case was for an amount of damages more than $75,000.00. The Plaintiffs' Complaint states that the plaintiffs' damages do not exceed $75,000.00.

3.  This case was improperly removed to this court and should be remanded to the District Court of the Second Judicial District of the State of Idaho, in and for the County of Nez Perce for further proceedings.

4.  The Affidavit of the Plaintiff, Martin "Dick" Cheney is provided in support of plaintiffs' Motion for Remand. Plaintiffs' claim arises from the purchase of a disability insurance policy issued when a loan was obtained by Plaintiffs in 1999 from Sterling Bank using their house as collateral. Mr. Cheney claims he became disabled on October 1, 2001. The unpaid principal on the loan was $22,497.70 on October 1, 2001. The disability policy provided if the insured was disabled the insurance company would make the monthly payments on the loan.

5.  The principal plus interest and attorney fees if awarded to plaintiffs will not exceed $75,000.00. The Plaintiffs' have alleged that if the Defendants' conduct was an extreme deviation from reasonable standards they would seek to amend the Complaint and include punitive damages. The principal plus interest and attorney fees plus punitive damages would not reach $75,000.00. The Defendants should be in favor of this remand because the Plaintiffs' damages would be limited to $74,999.99. The Defendants' implied they have had this type of case having damages resulting in large punitive damage verdicts so they know their conduct may lead to punitive damages.

6.  The damages in this case are less than $75,000.00, which was specifically stated in the plaintiffs' Complaint.

WHEREFORE, in accordance with the requirements of Title 28, Section 1447(c), Plaintiffs pray for an order of this Court remanding this case to the District Court of the Second Judicial District of the State of Idaho, in and for the County of Nez Perce for further proceedings and an order awarding Plaintiffs their costs including attorney fees incurred in this Court by reason of the defendants' improper removal.

DATED this 26th day of March, 2007.

AHERIN, RICE & ANEGON

By /s/ Darrel W. Aherin
Darrel W. Aherin
Attorney for Plaintiffs

CERTIFICATE OF SERVICE

I, Darrel W. Aherin, hereby certify that on the 26th day of March, 2007, I caused to be served a copy/copies of the foregoing by the method indicated below and addressed to the following:

Robert A. Anderson
Mark D. Sebastian
Anderson, Julian & Hull
P.O. Box 7426
Boise, ID 83707-7426

☑ U.S. Mail
☐ Hand Delivery
☐ Facsimile
☐ Federal Express
☑ CM/ECF

_____
DARREL W. AHERIN

MOTION TO REMAND -- 3
K:\0932000\07M21269 sah

Aherin, Rice & Anegon
ATTORNEYS AT LAW
LEWISTON, IDAHO