IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF IDAHO

| | |
|---|---|
| MARTIN "DICK" CHENEY and FARRIS CHENEY, Individually and as Husband and Wife,<br><br>    Plaintiffs,<br><br>vs.<br><br>USLIFE CREDIT LIFE INSURANCE COMPANY, AMERICAN GENERAL ASSURANCE COMPANY formally known as USLIFE CREDIT LIFE INSURANCE COMPANY, AMERICAN INTERNATIONAL GROUP, INC. (AIG), and AMERICAN GENERAL LIFE COMPANIES,<br><br>    Defendants. | Case No. CV 07-131-C-EJL<br><br>**ORDER OF REMAND** |

THIS MATTER having come before this Court pursuant to the parties' Stipulation to Limit Damages and Remand to State Court, and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, and this does order, adjudge and decree that the parties' stipulation (Dkt. No. 5) is **APPROVED**. The above-entitled cause is HEREBY REMANDED to the District Court of the Second Judicial District of the State of Idaho, in and for the County of Nez Perce.

DATED: **April 26, 2007**

*Edward J. Lodge* (signature)

Honorable Edward J. Lodge
U. S. District Judge

**ORDER OF REMAND** - 1